UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

CIVIL ACTION NO. 10-11788-GAO

GARY SOROKO, et al.,
Plaintiffs,

v.

DANIEL CADLE, et al.,
Defendants.

ORDER
March 31, 2011

O'TOOLE, D.J.

To the extent that the plaintiffs object pursuant to Federal Rule of Civil Procedure 72(a) to Magistrate Judge Sorokin's December 3, 2010 Order that Attorney Schlichtmann and co-counsel supplement the record as to a possible conflict of interest, the objections are OVERRULED. The magistrate judge's detailed order is neither "clearly erroneous" nor "contrary to law." See Fed. R. Civ. P. 72(a).

It is SO ORDERED.

s/ George A. O'Toole, Jr.
United States District Judge